PAUL HASTINGS LLP
CHRIS A. JALIAN (SB# 295564)
chrisjalian@paulhastings.com
AJA NUNN (SB# 347676)
ajanunn@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
CLUB DEMONSTRATION SERVICES, INC.

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUSTIN, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CLUB DEMONSTRATION SERVICES, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 25-cv-00579-BAM<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND** |

1  Pursuant to Civil Local Rule 144, Plaintiff William Gustin ("Mr. Gustin") and
2  Defendant Club Demonstration Services, Inc. ("CDS"), by and through their
3  attorneys of record, hereby stipulate as follows:

4  WHEREAS, on May 15, 2025, CDS removed to this Court the above-
5  captioned action from the Superior Court for the State of California, ECF No. 1;

6  WHEREAS, on June 13, 2025, Mr. Gustin filed his Motion to Remand Case
7  to State Court (the "Motion") and noticed it for hearing on August 1, 2025, ECF No.
8  12;

9  WHEREAS, on June 17, 2025, the Court notified the Parties that no hearing
10 will be held on Mr. Gustin's Motion, and that the Motion will be decided on the
11 papers, ECF No. 15;

12 WHEREAS, on June 19, 2025, the parties met and conferred and agreed that
13 in the interest of conserving of judicial and litigant resources and to allow the Parties
14 additional time to evaluate the action, including Plaintiff's arbitration agreement and
15 potential resolution which may obviate the need for motion practice, the Parties agree
16 to a mutual one-week extension of the Parties' respective briefing deadlines relating
17 to Mr. Gustin's pending Motion;

18 NOW, THEREFORE, the parties, through their respective counsel, stipulate
19 to request an order changing time as follows:

20 **1.** CDS shall file its Opposition to Plaintiff's Motion to Remand Case to
21 State Court by Thursday, July 3, 2025.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2. Plaintiff shall file its Reply in Support of his Motion to Remand to State Court by Thursday, July 10, 2025.

**IT IS SO STIPULATED.**

Dated: June 20, 2025

| **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP** | **PAUL HASTINGS LLP** |
|---|---|
| By: */s/Trevor G. Moran* | By: */s/Chris A. Jalian* |
| Norman B. Blumenthal (SB #068687)<br>Kyle R. Nordrehaug (SB #205975)<br>Aparajit Bhowmik (SB #248066)<br>Jeffrey S. Herman (SB #280058)<br>Sergio J. Puche (SB #289437)<br>Trevor G. Moran (SB # 330394)<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Telephone: (858)551-1223<br>Facsimile: (858) 551-1232<br><br>Attorneys for Plaintiff<br>WILLIAM GUSTIN | CHRIS A. JALIAN (SB# 295564)<br>chrisjalian@paulhastings.com<br>AJA NUNN (SB# 347676)<br>ajanunn@paulhastings.com<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, California 90071-2228<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705<br><br>Attorneys for Defendant<br>CLUB DEMONSTRATION SERVICES, INC. |

# ORDER

Pursuant to Civil Local Rule 144 and the Joint Stipulation to Set Briefing Schedule for Plaintiff's Motion to Remand, **IT IS HEREBY ORDERED THAT:**

**1.** CDS shall file its Opposition to Plaintiff's Motion to Remand Case to State Court by Thursday, July 3, 2025.

**2.** Plaintiff shall file its Reply in Support of his Motion to Remand to State Court by Thursday, July 10, 2025.

IT IS SO ORDERED.

Dated: **June 26, 2025**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE