PAUL HASTINGS LLP
CHRIS A. JALIAN (SB# 295564)
chrisjalian@paulhastings.com
AJA NUNN (SB# 347676)
ajanunn@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
CLUB DEMONSTRATION SERVICES, INC.

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUSTIN, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLUB DEMONSTRATION SERVICES, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:25-cv-00579-JLT-BAM<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS ALL CLAIMS** |

Pursuant to Civil Local Rule 144, Plaintiff William Gustin ("Mr. Gustin") and Defendant Club Demonstration Services, Inc. ("CDS"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on October 15, 2025, CDS filed its Motion to Compel Arbitration and Dismiss All Claims (the "Motion"), ECF No. 21;

WHEREAS, pursuant to the United States District Court for the Eastern District of California Local Rule 230, Plaintiff's deadline to file his Opposition to the Motion was October 29, 2025;

WHEREAS, on November 7, 2025, Plaintiff filed his Opposition to the Motion, ECF No. 23;

WHEREAS, on November 7, 2025, Plaintiff's counsel contacted CDS's counsel to notify him that an inadvertent calendaring error led to Plaintiff's untimely filing of his Opposition to the Motion;

WHEREAS, on November 7, 2025, Plaintiff filed his Motion for Extension of Time Due to Excusable Neglect Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), ECF No. 24;

WHEREAS, on November 7, 2025, counsel for CDS confirmed via email to Plaintiff's counsel that CDS would not oppose Plaintiff's Motion for Extension of Time;

WHEREAS, on November 10, 2025, the Parties met and conferred and agreed to a mutual extension of the Parties' respective briefing deadlines relating to CDS's pending Motion and pursuant to such extended briefing schedule, Plaintiff's Opposition (ECF No. 23) would be deemed timely filed;

NOW, THEREFORE, the parties, through their respective counsel, stipulate to request an order changing time as follows:

**1.** Plaintiff shall file his Opposition to CDS's Motion to Compel Arbitration and Dismiss All Claims by Friday, November 7, 2025.

**2.** CDS shall file its Reply in Support of its Motion to Compel Arbitration and Dismiss All Claims by Tuesday, November 25, 2025.

3. CDS's Motion to Compel Arbitration and Dismiss All Claims shall be heard on Friday, December 12, 2025, or on the Court's first available hearing date thereafter.

4. For the Court's convenience, the parties' proposed schedule is summarized below:

| Date | Event |
|---|---|
| November 7, 2025 | Deadline for Plaintiff's Opposition to Motion to Compel Arbitration and Dismiss All Claims |
| November 25, 2025 | Deadline for CDS's Reply in Support of Motion to Compel Arbitration and Dismiss All Claims |
| December 12, 2025 | Hearing on Motion to Compel Arbitration and Dismiss All Claims |

**IT IS SO STIPULATED.**

Dated: November 12, 2025

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

By: */s/ Jeffrey Herman*

Norman B. Blumenthal (SB #068687)
Kyle R. Nordrehaug (SB #205975)
Aparajit Bhowmik (SB #248066)
Jeffrey S. Herman (SB #280058)
Sergio J. Puche (SB #289437)
Trevor G. Moran (SB # 330394)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff
WILLIAM GUSTIN

**PAUL HASTINGS LLP**

By: */s/ Chris A. Jalian*

CHRIS A. JALIAN (SB# 295564)
chrisjalian@paulhastings.com
AJA NUNN (SB# 347676)
ajanunn@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
CLUB DEMONSTRATION SERVICES, INC.

# ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Chris A. Jalian, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of November 2025, in Los Angeles, California.

*/s/ Chris A. Jalian*
Chris A. Jalian

**ORDER**

Pursuant to Civil Local Rule 144 and the Joint Stipulation to Set Briefing Schedule for Defendant's Motion to Compel Arbitration and Dismiss All Claims, the briefing schedule shall be modified so that:

1. Plaintiff shall file his Opposition to CDS's Motion to Compel Arbitration and Dismiss All Claims by Friday, November 7, 2025;

2. CDS shall file its Reply in Support of its Motion to Compel Arbitration and Dismiss All Claims by Tuesday, November 25, 2025; and

3. CDS's Motion to Compel Arbitration and Dismiss All Claims shall be heard on **Monday, January 5, 2026 at 1:30 p.m.** in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **November 13, 2025**         /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE