UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUSTIN,<br><br>            Plaintiff,<br><br>      v.<br><br>CLUB DEMONSTRATION SERVICES, INC.,<br><br>            Defendant. | Case No.  1:25-cv-00579-JLT-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On June 13, 2025, Plaintiff William Gustin filed a motion to remand. (ECF No. 12.) On October 15, 2025, Defendant Club Demonstration Services, Inc., filed a motion to compel arbitration and to dismiss all claims. (ECF No. 21.) Both motions are still pending. Due to the current status of this case, the SCHEDULING CONFERENCE currently set for May 19, 2026, is continued to August 13, 2026, at 9:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer.  The parties shall file a Joint Scheduling Report seven (7) days prior to the conference.  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE