UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUSTIN,

Plaintiff,

v.

CLUB DEMONSTRATION SERVICES, INC.,

Defendant.

Case No. 1:25-cv-00579-JLT-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On August 4, 2026, Defendant Club Demonstration Services, Inc. filed a notice of appeal on an order denying motions to remand and to compel arbitration. (ECF Nos. 38, 39.) Due to the current status of this case, the SCHEDULING CONFERENCE currently set for August 13, 2026, is continued to November 18, 2026, at 11:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **August 7, 2026**

UNITED STATES MAGISTRATE JUDGE